UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><hr><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE and WELLS FARGO BANK, NA,<br><br>                    Defendants. | NO:  CV-12-656-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br><br>Adv. Proc. No. 12-80044-PCW11<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter came before the Court pursuant to the Stipulation of Dismissal of the above-captioned case as to Defendants Wells Fargo Home Mortgage and Wells Fargo Bank, N.A., filed by Plaintiff (the "Stipulation").  Having reviewed

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

the Stipulation, and the files and pleadings on record herein, and for good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Dismiss, **ECF No. 12**, is **GRANTED**, and the Stipulation set forth herein is approved; and

**IT IS FURTHER ORDERED** that this case and Defendants Wells Fargo Home Mortgage and Wells Fargo Bank, N.A. are dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.  **IT IS FURTHER ORDERED** that Claim Nos. 610-1 and 817-1 filed by Wells Fargo Bank in the main case pending before the United States Bankruptcy Court for the Eastern District of Washington, Case No. 09-06194-FPC11 shall be deemed disallowed in full effect upon entry of this order.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and any pro se defendants, and **close this case**.

**DATED** this 30th day of April 2014.

    *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge